**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

AUG 02 2016

MATTHEW J. DYKMAN
CLERK

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Daniel Jimmy Morgan<br>DOB: XX/XX/1989<br>SSN: XXX-XX-3829 | ) ) ) ) ) | Case No. MJ 16-3089 |
| Defendant(s) | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 29, 2016__ in the county of __McKinley__ in the _____ District of __New Mexico__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Sec. 1153 | Offenses committed within Indian Country |
| 18 U.S.C. Sec. 1111 | Murder |

This criminal complaint is based on these facts:

Please see attached.

☑ Continued on the attached sheet.

_____
Complainant's signature

AARON CARP, Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: 8-2-16

_____
Judge's signature

City and state: Albuquerque NM    Kirtan Khalsa U.S. Magistrate Judge
Printed name and title

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. _____ |
| VS | ) | |
| | ) | AFFIDAVIT IN SUPPORT OF |
| Daniel Jimmy Morgan | ) | ARREST WARRANT |
| | ) | |

**AFFIDAVIT IN SUPPORT OF**
**AN APPLICATION FOR AN ARREST WARRANT**

I, the undersigned, being duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I make this affidavit in support of an application for arrest warrant for DANIEL JIMMY MORGAN (hereafter MORGAN).

2. Your affiant is a Special Agent (SA) of the Federal Bureau of Investigation (FBI), and has been employed as such for approximately 10 years. Affiant is currently assigned to the Gallup Resident Agency of the FBI located in Gallup, New Mexico. Affiant's investigative responsibilities include violent crimes and child sexual assaults committed on the Navajo Indian Reservation. During the course of the investigation the following information was obtained:

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that a violation of Title 18 United States Code §§ 1153 and 1111, that being Murder within Indian Country, was committed by MORGAN. MORGAN caused the death of John Doe on or about July 29, 2016.

i

**PROBABLE CAUSE**

5. On July 30, 2016, Investigators with the Navajo Nation Police contacted Special Agent Aaron Carp of the Federal Bureau of Investigation and reported a Navajo male, John Doe, was found deceased in a structure located on the Navajo Reservation. The location is a known sheep ranch, where several structures stand.

6. On July 30, 2016, Special Agent Aaron Carp and Criminal Investigator Larry Etsitty (hereinafter "Investigators") responded to the scene where the body of John Doe was found. A search of the structure and surrounding area revealed a trail of blood leading to the body of John Doe. In near vicinity of the body of John Doe were two bloody footprints. *The body of John Doe appeared to have sustained a significant injury to the back of his skull. The Medical Examiner determined the cause of death to be blunt trauma to John Doe's head and chest.*

7. On July 30, 2016, Investigators executed a search warrant on another structure also located on the ranch, which was identified by John Doe's family as the living quarters of MORGAN. Inside this structure, Investigators discovered blood on the inside portion of the door knob of the exterior door leading into the structure, blood on a double sided axe, drops of blood on a trunk and stand, and blood on a yellow in color wire.

8. On July 30, 2016, Investigators traveled to the home of D.B. D.B. provided that she has property rights to the sheep ranch, where John Doe and MORGAN tend to her flock of sheep. John Doe and MORGAN are the only two individuals who regularly work the ranch. Further, D.B. allows John Doe and MORGAN the use her white in color Ford pickup truck.

9. On July 30, 2016, Investigators searched the white in color Ford pickup truck belonging to D.B. and found apparent blood on the interior driver's door panel, on the rear exterior driver's side panel, on a beer can inside of the vehicle, and on clothing found in the vehicle.

10. On July 30, 2016, MORGAN was taken into custody by Navajo Police.

11. On August 1, 2016, the Navajo Police provided Special Agent Aaron Carp with the clothing that MORGAN was wearing at the time of his arrest on July 30, 2016. The clothing appeared to have

2

blood on the pants and boots. Further, the pattern on the sole of the boots belonging to MORGAN appeared to be similar to the pattern of the bloody foot prints found in near vicinity of the body of John Doe.

12. On August 1, 2016, Investigators interviewed MORGAN. MORGAN provided the following information. MORGAN and John Doe are the only two individuals residing at the sheep ranch, and they were in possession of the white Ford pickup truck belonging to D.B. On the date of the incident, MORGAN and John Doe had a verbal and physical altercation. During this altercation, John Doe pointed a rifle at MORGAN. MORGAN stated that he took the rifle away from John Doe and put it in the white Ford pickup truck. MORGAN stated that after taking the rifle away, John Doe was on the ground as a result of the altercation. MORGAN stated he kicked the head of John Doe two times and hit John Doe in the back and posterior portion of the knee with a sledge hammer. MORGAN stated that he dragged John Doe into the middle room of a structure located on the sheep ranch. MORGAN attempted to tie the hands of John Doe with a wire. MORGAN then left the ranch in the pickup truck and traveled to the home of D.B.

## JURISDICTIONAL STATEMENT

13. MORGAN is an enrolled member of the Navajo Nation.

14. John Doe is an enrolled member of the Navajo Nation.

15. The death of John Doe took place within the exterior boundaries of the Navajo Nation.

## CONCLUSION

16. Based on the forgoing, I request that the Court issue the proposed arrest warrants.

17. Assistant United States Attorney Novaline Wilson approved federal prosecution in this matter.

3



18. Your affiant believes there is probable cause to find that Daniel Jimmy Morgan, a Navajo Indian, did commit a violation of Title 18 United States Code §§ 1153 and 1111, that being Murder within Indian Country, by causing the death of John Doe within the boundaries of Indian Country, and that an arrest warrant should be issued.

Respectfully Submitted,

SA Aaron P. Carp
Federal Bureau of Investigation
Albuquerque Division

Submitted and sworn to
Before me this 2nd day
Of August 2016

UNITED STATES MAGISTRATE JUDGE

4